**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Ann Stevenson, Claimant, Appellant,

v.

Wal-Mart Stores, Inc., Employer, and New Hampshire
Insurance Co., Carrier, Respondents.

Appellate Case No. 2016-000790

Appeal From The Workers' Compensation Commission

Unpublished Opinion No. 2018-UP-456
Submitted October 1, 2018 – Filed December 12, 2018

**AFFIRMED**

Ann Stevenson, of Conway, pro se.

Johnnie W. Baxley, III, of Willson Jones Carter &
Baxley, P.A., of Mount Pleasant, for Respondents.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following
authorities:

As to Appellant's argument that her right hand injury was compensable: *Crisp v.
SouthCo., Inc.*, 401 S.C. 627, 641, 738 S.E.2d 835, 842 (2013) ("The claimant has
the burden of proving facts that will brings the injury within the workers'

compensation law . . . ."); *Potter v. Spartanburg Sch. Dist. 7*, 395 S.C. 17, 23, 716 S.E.2d 123, 126 (Ct. App. 2011) ("The Appellate Panel is given discretion to weigh and consider all the evidence . . . ."); *id.* ("The final determination of witness credibility and the weight to be accorded evidence is reserved to the Appellate Panel."); *Fishburne v. ATI Sys. Int'l*, 384 S.C. 76, 85, 681 S.E.2d 595, 599 (Ct. App. 2009) ("The Appellate Panel's decision must be affirmed if supported by substantial evidence in the record.").

As to Appellant's remaining issues: *Elam v. S.C. Dep't of Transp.*, 361 S.C. 9, 23, 602 S.E.2d 772, 779-80 (2004) ("Issues and arguments are preserved for appellate review only when they are raised to and ruled on by the [Appellate Panel]."); *Linda Mc Co., Inc. v. Shore*, 390 S.C. 543, 558, 703 S.E.2d 499, 506-07 (2010) ("An argument not made to an intermediate appellate court and ruled on by that court is not preserved for review in this [c]ourt.").

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.